# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3907

_____

| | | |
|---|---|---|
| David Taft, Jr., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| Eddie Risdal, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| Mystery Boy, Inc., | * | District Court for the |
| | * | Southern District of Iowa. |
| Plaintiff, | * | |
| | * | [UNPUBLISHED] |
| v. | * | |
| | * | |
| Jason Smith; Matt Royster; Steve | * | |
| Schuck; Fred Scalleta; John Emmett, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: June 23, 2006
Filed: June 26, 2006

_____

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Eddie Risdal appeals the judgment of the district court[1] dismissing his 42 U.S.C. § 1983 complaint. Following careful review, we affirm for the reasons cited by the district court. See 8th Cir. R. 47B.

————————————————

[1]The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.